### 11516.   GEORGE B. CURD COMPANY *v.* MEIGS LUMBER & MANUFACTURING CO.

BROYLES, C. J.   1.  In a suit for the breach of a contract, where the only damages sued for were special damages which were not recoverable, and the petition contained no prayer for nominal damages and no allegation of general damages, the case falls within the general rule that where only special and punitive damages are sued for, a judgment sustaining a demurrer to the petition will not be reversed because the plaintiff would have been entitled to recover nominal damages if the allegations of the petition as to damages had been sufficient to cover the same. *Hadden* v. *Southern Messenger Service*, 135 *Ga.* 372 (3), 374 (69 S. E. 480) ; *Twin City Lumber Co.* v. *Daniels*, 22 *Ga. App.* 578 (4).

2. Under the facts of the case as disclosed by the record, the court did not err in dismissing the petition as amended, on the demurrer interposed, or thereafter in refusing to reopen the case for the purpose of allowing another amendment to the petition to be filed.

*Judgment affirmed. Bloodworth, J., concurs. Luke, J., disqualified.*
                    DECIDED JULY 15, 1920.

Action on contract; from city court of Thomasville — Judge W. H. Hammond. April 2, 1920.

*F. A. Hooper & Son, J. H. Merrill,* for plaintiff.

*Titus & Dekle,* for defendant.